UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-1191(DSD/TNL)

Clement David King,

        Plaintiff,

v.                                    **ORDER**

Merrick B. Garland, U.S.A.G.;
Michael Carvajal, Dir. Of Bur.
of Prisons; S. Kallis, Warden,
FMC Rochester; Chad Orum, Work
Cadre Unit Manager, FMC Rochester;
Dr. M. Klein, Chief of Psychology,
FMC Rochester; Dr. Lucas, Psychologist,
FMC Rochester; J. Nerstad, Former
Correctional Systems Specialist,
FMC Rochester; and Lt. Gilbertson,
Property Lieutenant, FMC Rochester,

        Defendants.

This matter is before the court upon the report and recommendation of United States Magistrate Tony N. Leung dated June 30, 2021. Neither party has filed objections to the R&R in the time period permitted. Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1. The report and recommendation [ECF No. 11] is adopted in its entirety; and

    2. Plaintiff's motions for preliminary injunction [ECF Nos. 3, 7, 9] are denied as moot.

Dated: July 26, 2021

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court